STATE EX REL. TAYLOR *v.* DOWD, WARDEN ET AL.

[No. 27,971.   Filed March 13, 1944.]

Chester Taylor, of Michigan City, *pro se.*

*James A. Emmert,* Attorney General, *Frank Hamilton,* First Assistant Attorney General, and *Frank E. Coughlin,* Deputy Attorney General, for appellees.

PER CURIAM.—This is an original action seeking a writ of *habeas corpus,* and *certiorari* in aid thereof. There is ample jurisdiction in the *nisi prius* courts to issue the writ in a proper case, with a remedy by appeal if the writ is erroneously denied.   This court has no original jurisdiction of *habeas corpus. Jones* v. *Dowd, Warden* (1941), 219 Ind. 114, 37 N. E. (2d) 68.

Petition dismissed.

NOTE.—Reported in 53 N. E. (2d) 543.